# ORIGINAL

# In the United States Court of Federal Claims

|  |  |  |
|---|---|---|
| CHELSEA L. DAVIS, | ) ) ) ) | **FILED**<br><br>JUN 2 3 2015<br><br>U.S. COURT OF<br>FEDERAL CLAIMS |
| Plaintiff, | ) | No. 15-608C |
| v. | ) ) | Filed June 23, 2015 |
| THE UNITED STATES, | ) ) | |
| Defendant. | ) ) | |

## ORDER

On June 19, 2015, the Clerk's Office received from plaintiff *pro se* a document styled "Notice of My Petition to Ruth Bader Ginsburg for Appointment of Three-Judge Panel: Notice of Abatement: Notice Regarding Counsel: and Notice of Index of Confidential Information and Attachments Thereto". There is no provision in the Rules of the United States Court of Federal Claims ("RCFC") for such a filing. *See* RCFC 7. Accordingly, the Clerk's Office shall **RETURN** plaintiff's submission **UNFILED**.

IT IS SO ORDERED.

LYDIA KAY GRIGGSBY
Judge