**ORIGINAL**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 15-608C |
| | ) | Judge Griggsby |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of _____Michael D. Austin_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Michael D. Austin
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

_____/s/Michael D. Austin_____
Trial Attorney
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 616-0321
Facsimile: (202) 305-7643
Email: Michael.Austin@usdoj.gov

Dated: June 22, 2015

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this **22** day of June 2015, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE" addressed as follows:

**CHELSEA L. DAVIS**
25 Highland Park Village
Suite 100-830
Dallas, TX 75205

/s/Michel D. Austin