# In the United States Court of Federal Claims

No. 15-608 C

**CHELSEA L. DAVIS**

v.

**JUDGMENT**

**THE UNITED STATES**

Pursuant to the court's Memorandum Opinion and Order, filed July 10, 2015,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of defendant, and plaintiff's complaint is dismissed, for lack of subject matter jurisdiction. No costs.

Hazel C. Keahey
Clerk of Court

**July 13, 2015**  By: *Ashley Beam*

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $505.00.