**ORIGINAL**

# In the United States Court of Federal Claims

|  |  |
|---|---|
| CHELSEA L. DAVIS, ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant. ) | No. 15-608C<br><br>Filed August 12, 2015 |

**FILED**
AUG 1 2 2015
U.S. COURT OF FEDERAL CLAIMS

## ORDER

On August 12, 2015, the Clerk's Office received from plaintiff *pro se* documents styled "Motions to Vacate and for Admission and Brief in Support" and "Application under the Equal Access to Justice Act". Plaintiff's filings do not comply with several of the requirements of Rule 5 of the Rules of the United States Court of Federal Claims, including the requirement to provide proof of service. RCFC 5.3. In addition, there is no provision in the Rules of the United States Court of Federal Claims for plaintiff's "Motions to Vacate and for Admission and Brief in Support." *See* RCFC 7. Accordingly, the Clerk's Office shall **RETURN** plaintiff's submissions **UNFILED**.

**IT IS SO ORDERED.**

LYDIA KAY GRIGGSBY
Judge